**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>    Plaintiff(s),<br><br>v.<br><br>WESTCHESTER HILLS HOMEOWNERS'<br>ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No. 2:16-cv-02376-APG-NJK<br><br>ORDER<br><br>(Docket No. 15) |

   Pending before the Court is Plaintiff's motion for an extension of time to serve Ling Yun Qui and for leave to serve by publication. Docket No. 15. The Court hereby **SETS** this motion for a telephonic hearing at 10:30 a.m. on April 28, 2017. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

   IT IS SO ORDERED.

   DATED: April 17, 2017

                _____
                NANCY J. KOPPE
                United States Magistrate Judge