ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwalt, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16;<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER HILLS HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; LING YUN QUI, an individual; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02376-APG-NJK<br><br>**JOINT STIPULATION AND ORDER TO LIFT STAY** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 and defendants Premier One Holdings, Inc. and Ling Yun Qui hereby stipulate and agree as follows:

1. The Nevada Supreme Court answered the certified question in case no. 72931 on August 2, 2018.

. . .

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2. The parties stipulate to lift the stay previously entered by this court as ECF No. 7.

3. The parties stipulate that Premier One and Ling Yun Qui shall have until September 14, 2018 to file an answer to the complaint.

4. The parties will submit a proposed discovery plan by September 21, 2018.

Dated: September 7, 2018

| **AKERMAN LLP** | **HONG & HONG, APLC** |
|---|---|
| */s/ Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwalt, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16* | */s/ Joseph Y. Hong*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5955<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br><br>*Attorneys for Premier One Holdings, Inc. and Ling Yun Qui* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 10, 2018.