# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No.: 2:16-cv-02376-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| WESTCHESTER HILLS HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a proposed discovery plan filed by Plaintiff and Defendants Premier One Holdings and Ling Yun Qui. Docket No. 29. Defendants Westchester Hills HOA and Nevada Association Services, Inc. have been served, Docket Nos. 8-9, but have not yet appeared in this case. The Court hereby **ORDERS** Plaintiff to file a status report as to these Defendants by September 21, 2018.

Concurrently herewith, the Court is entering a scheduling order. <u>Absent the Court granting relief upon a showing of good cause, the deadlines set therein apply to all later appearing parties in this case.</u>

IT IS SO ORDERED.

Dated: September 17, 2018

_____
Nancy J. Koppe
United States Magistrate Judge