| | |
|---|---|
| 1 | ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276 |
| 2 | TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488 |
| 3 | AKERMAN LLP<br>1635 Village Center Circle, Suite 200 |
| 4 | Las Vegas, Nevada 89134<br>Telephone: (702) 634-5000 |
| 5 | Facsimile: (702) 380-8572<br>Email: ariel.stern@akerman.com |
| 6 | Email: tenesa.powell@akerman.com |

*Attorneys for Plaintiff The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwalt, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16;

Plaintiff,

v.

WESTCHESTER HILLS HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; LING YUN QUI, an individual; and NEVADA ASSOCIATION SERVICES, INC.,

Defendants.

Case No.: 2:16-cv-02376-APG-NJK

**STIPULATION AND ORDER TO EXTEND TIME FOR TO FILE RESPONSE**

[FIRST REQUEST]

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**) and defendants Westchester Hills Homeowners' Association (**HOA**) hereby stipulate and agree as follows:

1

46866112;1

1. HOA filed its motion to dismiss amended complaint on October 19 2018. [ECF No. 42]. BoNYM's response is currently due on November 2, 2018. The new deadline for BoNYM to respond is **November 16, 2018**.

The requested extension is to allow counsel an opportunity to adequately and thoroughly respond to the arguments raised in the motion. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: November 2, 2018

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwalt, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16* | */s/Eric Tran* <br> KALEB D. ANDERSON, ESQ. <br> Nevada Bar No. 7582 <br> ERIC N. TRAN, ESQ. <br> Nevada Bar No. 11876 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV 89144 <br><br> *Attorneys for Westchester Hills Homeowners Association* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 5, 2018.