**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFCATES, SERIES 2006-OA16;<br><br>        Plaintiff,<br><br>    vs.<br><br>WESTCHESTER HILLS HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS INC., LING YUN QUI, an individual; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>        Defendants.<br>AND ALL RELATED MATTERS. | Case No.: 2:16-cv-02376-APG-NJK |

## MOTION TO SUBSTITUTE ATTORNEY

. . .

. . .

. . .

1

9153 Whatley

Sarah A. Morris, Esq., of Morris Law Center, is hereby substituted in as attorney for Defendant, Premier One Holdings, Inc. ("Premier"), in the above-entitled action, in place and instead of prior attorney, Joseph Y. Hong, Esq.

Dated this 3rd day of January, 2019.

    /s/ Michael Ring
Michael Ring
Premier One Holdings, Inc.

## CONSENT

As former attorney for Premier, I hereby consent to the above and foregoing substitution of Sarah A. Morris, Esq., in my place and instead as attorney of record for Defendant.

Dated this 3rd day of January, 2019.

    /s/ Joseph Y. Hong
Joseph Y. Hong, Esq.
Nevada Bar No. 5995

## ACCEPTANCE

I hereby accept the above and foregoing substitution as attorney for the Defendant, Premier One Holdings, Inc.

Dated this 3rd day of January, 2019.

MORRIS LAW CENTER

By: _____
Sarah A. Morris, Esq.
Nevada Bar No. 8461
*Attorney for Premier One Holdings, Inc.*

9153 Whatley

*The Bank of New York Mellon v. Westchester Hills Homeowner's Association, et al.*
Case No.: 2:16-cv-02376-APG-NJK

**ORDER**

The Substitution of Attorney is hereby approved and so **ORDERED**.

January 4, 2019
DATE                                    UNITED STATES MAGISTRATE JUDGE



9153 Whatley