ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwalt, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA16, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA16;<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER HILLS HOMEOWNERS' ASSOCIATION; PREMIER ONE HOLDINGS, INC.; LING YUN QUI, an individual; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02376-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR TO FILE RESPONSE TO WESTCHESTER HILLS HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16 (**BoNYM**) and defendants Westchester Hills Homeowners' Association (**HOA**) hereby stipulate and agree as follows:

1. HOA filed its motion for summary judgment April 10, 2019 [ECF No. 53]. BoNYM's response is currently due on May 1, 2019.

1

48770321;1

2. The parties agree that BoNYM shall have until May 15, 2019 to file an opposition to the motion.

The requested extension is to allow counsel an opportunity to adequately and thoroughly respond to the arguments raised in the motion. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: May 1, 2019

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 | */s/Eric Tran* <br> KALEB D. ANDERSON, ESQ. <br> Nevada Bar No. 7582 <br> ERIC N. TRAN, ESQ. <br> Nevada Bar No. 11876 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV 89144 |
| *Attorneys for Plaintiff The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of CWALT, Inc., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16* | *Attorneys for Westchester Hills Homeowners Association* |

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: May 2, 2019.

48770321;1